DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACQUELINE SHAW JOHNSON,**
Appellant,

v.

**SPACE COAST CREDIT UNION,** for Federal Home Loan Bank of
America,
Appellee.

No. 4D17-1293

[May 17, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 12-14242.

Dustin A. Zacks of King, Nieves & Zacks, PLLC, West Palm Beach, for appellant.

Gaspar Forteza and Moises T. Grayson of Blaxberg, Grayson, Kukoff & Forteza, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*           \*           \*

***Not final until disposition of timely filed motion for rehearing.***